# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                 **Crim. No. 5:15-CR-232-2D**

**JASON DEAN**

On September 6, 2018, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                         I declare under penalty of perjury that the foregoing is true and correct.

                                         /s/ Van R. Freeman, Jr.
                                         Van R. Freeman, Jr.
                                         Deputy Chief U.S. Probation Officer
                                         150 Rowan Street Suite 110
                                         Fayetteville, NC 28301
                                         Phone: 910-354-2542
                                         Executed On: February 5, 2021

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __8__ day of __February__, 2021.

                                                                     James C. Dever III
                                                                     U.S. District Judge